# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jay Campbell,<br><br>*Plaintiffs*<br><br>v.<br><br>TWC Key Employee Severance Plan,<br>*Defendant,* | )<br>)<br>)<br>)<br>)<br>)    Civil Action No.    3:18-cv-01833-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the plaintiff's motion to dismiss is granted.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date: November 19, 2018                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                 s/Ashley Buckingham
                                                                 *Signature of Clerk or Deputy Clerk*